IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TEREGINALD WALLACE**                                                                         **PETITIONER**

VS.                            CASE NO. 4:19CV00370 JM/PSH

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                              **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 12th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE